**No. 09-7945. Marcia E. Wimberly, Petitioner v. Elbert Royal, et al.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3226.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1343.